In the Matter of the Claim of ESTHER L. ROBERTS, Respondent. MICHAEL J. MURPHY, as Acting Industrial Commissioner, Appellant.— The Board of Appeals has modified the decision of the referee penalizing claimant-respondent for the making of two false statements, by determining that there should be only one penalty, as the two offenses comprised only one illegal act and design. Decision of the Appeal Board affirmed, without costs. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of HENRIETTA GOLDBLATT, Respondent. MICHAEL J. MURPHY, as Acting Industrial Commissioner, Appellant.— This is an appeal by the Industrial Commissioner from a decision of the Unemployment Insurance Appeal Board, which overruled the initial determination of the Commissioner that claimant without good cause refused to accept an offer of employment for which she was reasonably fitted by training and experience and suspended her benefit rights. The only issue involved is whether the evidence supports the finding of the Board that claimant refused an offer of employment with good cause. (Labor Law, § 506, subd. 1.) The evidence is insufficient as a matter of law to sustain the Board's finding. It is not disputed that the claimant refused without good cause to accept an offer of employment for which she was reasonably fitted by training and experience. The decision of the Unemployment Insurance Appeal Board should be reversed and that part of the referee's decision holding that claimant without good cause refused to accept an offer of employment should be reinstated, with costs to the Industrial Commissioner. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur. [See *post*, p. 921.]

In the Matter of the Claim of AUGUSTA F. MATTEY, Respondent. MICHAEL J. MURPHY, as Acting Industrial Commissioner, Appellant. Claimant under article 18 of the Labor Law refused to accept an offer of employment without good cause. The Unemployment Insurance Appeal Board affirmed the decision of the referee reversing the initial determination of the Industrial Commissioner which suspended claimant's benefit rights. Decision of the Appeal Board reversed and that of the Commissioner reinstated, without costs. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.